PATRICIA A. WASHIENKO (BBO 641615)
pwashienko@fwlawboston.com
MARC D. FREIBERGER (BBO 650377)
mfreiberger@fwlawboston.com
FREIBERGER & WASHIENKO, LLC
211 Congress Street, Suite 720
Boston, Massachusetts 02110
Telephone:  617-723-0008
Fax:  617-723-0009

Attorneys for Defendant Robert Allaire

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LICATA RISK & INSURANCE ADVISORS, INC., D/B/A LICATA RISK ADVISORS,<br><br>Plaintiff<br><br>v.<br><br>ROBERT ALLAIRE,<br><br>Defendant. | Case  1:18-cv-10946 |

### ASSENTED-TO MOTION FOR LEAVE TO REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS ON THE GROUNDS OF *FORUM NON CONVENIENS*

Pursuant to Local Rule 7.1, Defendant Robert Allaire ("Mr. Allaire") respectfully moves this Court for leave to submit a Reply to the Plaintiff's Opposition to his Motion to Dismiss the Complaint on the grounds of *forum non conveniens*.  Plaintiff has assented to this Motion.

The facts and legal authorities in support of this motion are set forth in the Memorandum of Law filed herewith.

        Respectfully Submitted,

        ROBERT ALLAIRE,
        By his attorneys,


        /s/ Patricia Washienko
        PATRICIA A. WASHIENKO (BBO 641615)
        pwashienko@fwlawboston.com
        MARC D. FREIBERGER (BBO 650377)
        mfreiberger@fwlawboston.com
        FREIBERGER & WASHIENKO, LLC
        211 Congress Street, Suite 720
        Boston, Massachusetts 02110
        Telephone:  617-723-0008
        Fax:  617-723-0009

Dated:  June 18, 2018


## CERTIFICATE OF SERVICE

     In accordance with Local Rule 5.2(b) and Section E.2 of the Electronic Case Filing Administrative Procedures of the United States District Court for the District of Massachusetts, I, Patricia Washienko, hereby certify that on June 18, 2018, the within Motion To Dismiss filed through the ECF system will be sent electronically to registered participants as identified on the Notice of Electronic Filing.


        /s/ Patricia Washienko
        Patricia A. Washienko, Esq.